# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

Natasha D. White
2433 Parker Place
Madison WI, 53713

vs

(Full name of defendant(s))

Avalon Assisted Living
Community
2879 Fish Hatchery Rd
Madison WI, 53713

Case Number: 18 C 988 - wmc

_____

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of Wisconsin and resides at
      (State)

   2433 Parker Place Madison WI, 53713
      (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant Ms. Getchel and Ms. Mathews

(Name)

is (if a person or private corporation) a citizen of Wisconsin

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Avalon Assisted Living community 2879 Fish Hatchery Rd

(Employer's name and address, if known)

Madison WI, 53713

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Ms. Getchel and Ms. Mathews violated my Right on Aug 28, 2017 i recieved a call from Ms. Getchel she left a messages said to call her before i come in for me next shift when calling her back she stated that they want to separate me from employment. I ask what do that mean what did i do. She stated that I suppose to have falsfy on my time sheet.

I ask her how when she are the one who has to sign off on them. So i told her if i falsfy you falsfied with me, I did No such thing. ② Reason was because she was told that i was Rude to employee and to Resident. these are the Reason they gave me for Separating my employment. I believe this was discriminated against me follow by Retaliation, thies was a made up reason to separate me from Employment because i complaint about MS. Getchel to the Man John from coop offices about my Hourly wages that was promise of $13.00 dollar i also complainted about being Shorted on many Hourer before the corrected my time sheet. If i was not keeping up with my Hourer my check would have been Short by 24 Hour almost half of my check. I don't think they aspected for me

to know better because of my Learning disabulity.

C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like for the courts to tell the defendant that they should now be allow to make up false Allegation and use that to seperate somebody employment. I really feel that i was Discriminated against because i went to coop about my hourly pay and about all the Hourer that they were trying to short me on. I would like to be pay for my pain in stuff do to false Allegation that they company never investigated.

Attachment One (Complaint) – 4

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                          OR
☑    Court Trial – I want a judge to hear my case


Dated this _____ day of _____ 20_____.

Respectfully Submitted,

*Natasha White*
Signature of Plaintiff

608)509-1791
Plaintiff's Telephone Number

Wnatasha62@yahoo.com
Plaintiff's Email Address

2493 Parker Place
Madison WI, 53713
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5