IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATASHA D. WHITE,

    Plaintiff,

    v.

AVALON ASSISTED LIVING COMMUNITY,
MS. GETCHEL, and MS. MATHEWS,

    Defendants.

Case No. 18-cv-988-wmc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | December 1, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |